**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| JUAN SEBASTIÁN CARVAJAL-MUÑOZ, | ) ) ) | |
| Plaintiff, | ) | Case No.: 2:26-cv-00190 |
| v. | ) ) | |
| JACK CORY RAVENCAMP, JOHN DOES NO. 1-3, and JANE DOE NO. 1, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE TO CLARIFY RESPONSE DEADLINE**

Under Federal Rule of Civil Procedure 12(a)(3), Defendant Jack C. Ravencamp, through undersigned counsel, respectfully seeks to clarify his response deadline.

Typically, a defendant has twenty-one days after service to respond to a complaint, *see* Fed. R. Civ. P. 12(a)(1)(A)(i), so the docket currently reflects that a response to the complaint was due for Officer Ravencamp on May 21, 2026. ECF entry on May 4, 2026.  However, Fed. R. Civ. P. 12(a)(3) states that "[a] United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the officer or employee or service on the United States Attorney, whichever is later."

Here, as a federal officer or employee "sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf," Officer Ravencamp's response is 60 days after service on him or service "on the United States attorney, whichever is later." Fed. R. Civ. P. 12(a)(3). The later service was on Officer Ravencamp on

April 30, 2026. ECF 7. Thus, Officer Ravencamp has 60 days to respond from April 30, 2026, making the response deadline June 29, 2026.

Accordingly, Officer Ravencamp requests that his response date be clarified on the docket to state June 29, 2026.

Dated: May 26, 2026                                     Respectfully submitted,

                                                        */s/ Anna-Drake Stephens*
                                                        ANNA-DRAKE STEPHENS
                                                        Trial Attorney
                                                        Torts Branch, Civil Division
                                                        United States Department of Justice
                                                        P.O. Box 7146, Ben Franklin Station
                                                        Washington, D.C. 20044
                                                        Phone: (202) 305-1576
                                                        Fax: (202) 616-4314
                                                        Email: anna-drake.stephens@usdoj.gov