**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| JUAN SEBASTIÁN CARVAJAL-MUÑOZ, | ) | |
| Plaintiff, | ) | Case No.: 2:26-cv-00190 |
| v. | ) | |
| JACK CORY RAVENCAMP, et al. | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.1(c)(2) and 83.2(a), please enter my appearance as counsel for Defendants Daisy I. Angulo, James Peters, John Stalnik, and Javaka Y. Thompson in the above-entitled case. All future filings and notices should also be sent to the undersigned.

Dated: 7/28/26
Washington, D.C.

Respectfully submitted,

/s/ *John B. F. Martin*
JOHN B. F. MARTIN
N.Y. Bar No. 2682928
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4492
Email: john.b.martin@usdoj.gov