UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JUAN SEBASTIÁN CARVAJAL-MUÑOZ,<br><br>Plaintiff,<br><br>v.<br><br>JACK CORY RAVENCAMP, *et al.*,<br><br>Defendants. | Civil No. 2:26-cv-00190-JCN |

**ORDER**

The Attorney General's designee having certified that Defendants Daisy I. Angulo, James Peters, Jack Cory Ravencamp, John Stalnik, and Javaka Y. Thompson were acting within the scope of federal office or employment at the time of the incident out of which Plaintiff's claims arose in this action, and the United States having thereby been substituted as the party defendant for said defendants under 28 U.S.C. § 2679(d), it is hereby:

**ORDERED** that pursuant to the provisions of 28 U.S.C. § 2679(b)(1) and § 2679(d), the claims set forth in Counts I-V of the First Amended Complaint are dismissed with respect to Defendants Daisy I. Angulo, James Peters, Jack Cory Ravencamp, John Stalnik, and Javaka Y. Thompson.

It is further **ORDERED** that the caption of this action shall be amended to reflect the substitution of the United States as a defendant.

DATED: ______________________

______________________________
UNITED STATES DISTRICT JUDGE