UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JUAN SEBASTIAN CARVAJAL-MUNOZ, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:26-cv-00190-JCN |
| | ) | |
| JACK CORY RAVENCAMP, et al., | ) | |
| | ) | |
| Defendants | ) | |

**PROCEDURAL ORDER**

On October 7, 2026, the Court conducted a videoconference with counsel to discuss the status of the case and to establish a briefing schedule for pending or anticipated motions. For the reasons stated on the record, the Court orders:

1. On or before October 23, 2026, Plaintiff shall file his responses to Defendants' motions to dismiss. (Motions, ECF Nos. 39 and 40); on or before November 6, 2026, Defendants shall file their reply memoranda in support of the motions to dismiss.
2. On or before October 23, 2026, Plaintiff shall file a motion to support its objection to Defendants' certification. (Objection, ECF No. 41); on or before November 6, 2026, Defendants shall file their response to the motion; and on or before November 13, 2026, Plaintiff shall file his reply memorandum in support of the motion.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 7th day of October, 2026.